**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

PATRICIA GURROLA, ALEJANDRO ARREOLA, BRITINI BROUGHTON, DANIELLE DYSON, CLENTERIA YARBROUGH, EILEEN AVILES, COURTNEY DESCHAMP, YVONNE LAMENDOLA, SUSHMADAVI LAKERAM and GERMAINE DOLLISME, individually and as a representative of all others similarly situated,

Plaintiffs,

v.

THE PROCTER & GAMBLE COMPANY,

Defendant.

Civil No. 1:25-cv-00358
District Judge: Jorge L. Alonso
Magistrate Judge: Heather K. McShain

**JOINT MOTION FOR ENTRY OF AGREED 502(d) ORDER**

Plaintiffs and Defendant The Procter & Gamble Company ("P&G") submit the following Joint Motion for Entry of Agreed 502(d) Order ("Joint Motion"). In support of this Joint Motion, the parties state as follows:

1. The parties' Agreed Rule 502(d) Order is filed together with this Joint Motion as **Exhibit 1**. Pursuant to Judge McShain's standing orders, the parties will also submit a Word version of their proposed Rule 502(d) Order, to Judge McShain's proposed order inbox.

2. The parties agree that entry of this Order will facilitate the efficient and expeditious production of discovery while preserving the parties' respective rights to assert applicable privileges and protections.

The parties therefore request that the Court enter the parties' Rule 502(d) Order accompanying this Joint Motion.

DATED: April 13, 2026

Respectfully submitted,

*/s/ Andrew Soukup*
Andrew Soukup
Marc Capuano
Anand Balaji
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com
mcapuano@cov.com
abalaji@cov.com

Cortlin Lannin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Email: clannin@cov.com

*Counsel for Defendant The Procter & Gamble Company*

*/s/ Michael Connett*
Michael Connett
SIRI & GLIMSTAD LLP
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
Email: mconnett@sirillp.com

*Counsel for Plaintiffs*